UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DALE WILLIAMS, | ) | Case No. C06-1784-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER REMANDING CASE |
| MICHAEL J. ASTRUE, Commissioner, | ) | FOR AWARD OF BENEFITS |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for the purpose of awarding benefits.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 24th day of September, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge